UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DERRICK MARTIN,

    Plaintiff,

    v.

MR. HUDSON, MR. HASS, ANGELA GROTT, LORI OAKLEY, RICHARD HARRINGTON and LORI BRENNER,

    Defendants.

Case No. 13-cv-416-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some and the plaintiff having voluntarily dismissed others,

IT IS HEREBY ORDERED AND ADJUDGED that the following claim by plaintiff Derrick Martin is dismissed with prejudice:

- Count 3 against defendants Lori Oakley, Lori Brenner and Richard Harrington for failure to respond to grievances; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims by plaintiff Derrick Martin are dismissed without prejudice:

- Count I against defendants Mr. Hass, Mr. Hudson and Angela Grott for confiscating and/or refusing to return paintings in violation of the First Amendment and against defendant Richard Harrington for the purposes of injunctive relief; and

- Count 2 against defendants Mr. Hass, Mr. Hudson and Angela Grott for taking paintings and art supplies in violation of the Fourteenth Amendment due process clause.

**DATED:** August 8, 2013        NANCY J. ROSENSTENGEL, Clerk of Court

                                            s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**